# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| SUSAN DUSSAULT, et al., )<br> )<br>        Plaintiffs, )<br>   v. )<br> )<br>KENNEBEC PROBATE COURT, et al., )<br> )<br>        Defendants ) | No. 1:17-cv-00334-GZS |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 21) filed September 26, 2017, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiffs' Complaint (ECF No. 1) and Amended Complaint (ECF No. 11) are **DISMISSED**.

                                                     /s/ George Z. Singal
                                                     United States District Judge

Dated this 20th day of October, 2017.